**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01078-CR

**ERIC ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

The Court **REINSTATES** the appeal.

On May 29, 2014, the Court ordered the trial court to make findings regarding whether State's Exhibit no. 1, the judicial confession admitted into the record at the plea hearing is available for inclusion in the reporter's record and, if not, whether appellant is at fault for the loss or destruction of the exhibit and whether the parties can agree on a substituted exhibit. We **ADOPT** the trial court's findings that: (1) a hearing was conducted on June 2, 2014 regarding the issue; (2) the parties agreed and stipulated the court reporter has tried to comply with this Court's orders regarding State's Exhibit no. 1 that applies to trial court no. F11-55385; (3) the parties agree and stipulate that the court reporter, through no fault of her own, has not yet been able to provide this Court with the judicial confession; (4) the parties agree and stipulate that

appellant timely requested the record; (5) the parties agree and stipulate that appellant is not at fault for the omission State's Exhibit no. 1 from the record; (6) the parties agree and stipulate that "at the current moment" State's Exhibit no. 1 appears to be lost or destroyed; (7) the parties cannot agree or stipulate as to whether State's Exhibit no. 1 is necessary to the resolution of the appeal; (8) the parties cannot yet determine whether a substituted State's Exhibit no. 1 can be made part of the record; and (9) appellant's counsel has requested the trial file from storage to determine if there is a duplicate State's Exhibit no. 1 that can be made part of the record or whether the parties will agree to any substituted State's Exhibit no. 1. The trial court requests, in light of the findings, that Ms. Hazlewood be permitted to resume sitting as a court reporter.

In light of these findings, we **ORDER** the following.

- We **ORDER** the trial court to file, within **THIRTY DAYS** of the date of this order, a supplemental record containing its updated findings that address the specific issues of whether a substituted State's Exhibit no. 1 can be located and whether the parties will agree on the substituted State's Exhibit no. 1.

- If the parties agree on a substituted State's Exhibit no. 1, we **ORDER** that the supplemental record with the updated findings include the substituted State's Exhibit no. 1.

- We **ORDER** appellant to file his brief within **SIXTY DAYS** of the date of this order. No further extensions will be granted. Any complaints regarding State's Exhibit no. 1 are to be raised in appellant's brief.

We further **ORDER** that the order that Sharon Hazlewood not sit as a court reporter issued in this appeal be lifted.

We **DIRECT** the Clerk to send copies of this order to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, Official Court Reporter, Criminal District Court No. 7; the Dallas County Auditor's Office; and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE